IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTOS CASTRO-MOTA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID BOBBY, *et al*,<br><br>    *Defendants.* | Civil Action No. 24-cv-213<br><br>Hon. William S. Stickman IV<br>Hon. Cynthia Reed Eddy |

## ORDER OF COURT

  Petitioner Santos Castro-Mota ("Petitioner") filed a prisoner civil rights complaint. (ECF No. 1). It was not accompanied by the required filing fee or a motion for leave to proceed *in forma pauperis*. After a thorough Report and Recommendation by Magistrate Judge Cynthia Reed Eddy recommending the transfer of this matter to the United States District Court for the Northern District of Ohio, Eastern Division (ECF No. 2), and having received no objections, the Court hereby ADOPTS Magistrate Judge Eddy's Report and Recommendation as its Opinion. It concurs with her legal analysis and conclusion that venue is improper in the United States District Court for the Western District of Pennsylvania.

  AND NOW, this 17 day of April 2024, IT IS HEREBY ORDERED that the Clerk of Court TRANSFER this matter to the United States District Court for the Northern District of Ohio, Eastern Division forthwith. This case is hereby CLOSED in the United States District Court for the Western District of Pennsylvania.

                 BY THE COURT:

                 _____
                 WILLIAM S. STICKMAN IV
                 UNITED STATES DISTRICT JUDGE