**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SANTOS CASTRO-MOTA, | ) | CASE NO. 4:24 CV 697 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| v. | ) | |
| | ) | |
| WARDEN DAVID BOBBY, et al., | ) | <u>ORDER</u> |
| | ) | |
| Defendants. | ) | |

This civil rights action was transferred to this Court by the United States District Court for the Western District of Pennsylvania.  Plaintiff is a federal pretrial detainee currently being held in the Indiana County Jail in Indiana, Pennsylvania.  He did not pay the filing fee of $405 nor did he file an Application to Proceed *In Forma Pauperis*.  Because Plaintiff is incarcerated in the Indiana County Jail, his *In Forma Pauperis* Application must include a certified copy of his jail trust account statement for the last six months.  Without payment of the filing fee or a proper and complete *In Forma Pauperis* Application, this action cannot proceed.

Plaintiff is ordered either to pay the full fee of $ 405.00 or submit the accompanying *In Forma Pauperis* Application, along with a certified copy of his jail trust account statement for the last six months, within 30 days of the date of this order.  Failure to comply with this Order may result in dismissal of this action without further notice.

IT IS SO ORDERED.

_CarmenHenderson_____
CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE