PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANTOS CASTRO-MOTA, | ) | |
| | ) | CASE NO. 4:24-CV-697 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WARDEN DAVID BOBBY, *et al.*, | ) | **ORDER** |
| | ) | [Resolving ECF No. 6] |
| Defendants. | ) | |

Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is granted.  Pursuant to

28 U.S.C. § 1915(b), the total filing fee in the amount of $350 is due.  An initial partial fee in the

amount of $16.57 is currently due and should be deducted from Plaintiff's prisoner account when

funds are available and until the initial partial fee is paid.  Thereafter, the prison cashier's office

shall deduct, and forward to the Court, 20% of the preceding month's income credited to

Plaintiff's prisoner account each time the amount in the account exceeds $10.00 until the full fee

has been paid.[1]  The Clerk is directed to issue a copy of this order and the attached instructions,

which are hereby incorporated herein, to Plaintiff and the prison cashier's office.  The Clerk is

further directed to forward a copy of this order to the Court's financial office.

IT IS SO ORDERED.


July 31, 2024                          */s/ Benita Y. Pearson*
Date                                    Benita Y. Pearson
                                        United States District Judge

---

[1]    The prison cashier's office shall not send payments aggregating more than the amount of
the full fee.

PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SANTOS CASTRO-MOTA, | ) | |
| | ) | CASE NO. 4:24-CV-697 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WARDEN DAVID BOBBY, *et al.*, | ) | **PL-3 PAYMENT FORM** |
| | ) | |
| Defendants. | ) | |

**STAPLE CHECK HERE***:*

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


**INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND
SUBSEQUENT INSTALLMENT PAYMENTS**

_____

The prisoner shown as the plaintiff on the attached order has filed a civil action *in forma pauperis* in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid.  A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

> Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* status and these instructions.  **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

> **Clerk, U.S. District Court**

Checks are to be sent to:

> **Prisoner Accounts Receivable**
> **Carl B. Stokes U.S. Courthouse**
> **801 W. Superior Avenue**
> **Cleveland, Ohio  44113-1830**


2